UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| THE ESTATE OF RICHARD E. HITCHCOCK, by it representative, Richard E. Hitchcock, Jr., and JANE HITCHCOCK,<br>  Plaintiffs, | :<br>:<br>:<br>:<br>: |
| v. | :   File No. 1:05-CV-214 |
| RICHARD P. TONINO, M.D.,<br>  Defendant. | :<br>:<br>: |

## ORDER

The Magistrate Judge's Report and Recommendation ("R&R") was filed September 1, 2006. (Paper 51.) After de novo review and absent timely objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1). The defendant's converted motion for partial summary judgment (Paper 13) is DENIED.

The matter is hereby returned to the Magistrate Judge for further proceedings.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 20th day of September, 2006.

          /s/ J. Garvan Murtha
          J. Garvan Murtha
          United States District Judge